FILED

1  SUSAN CLARY (SBN 084523)
2  **HENNELLY & GROSSFELD LLP**
   4640 Admiralty Way, Suite 850
3  Marina del Rey, CA 90292
   Telephone: (310) 305-2100
4  Facsimile: (310) 305-2116
   sclary@hgla.com

10 JAN 22 PM 1:22

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

5  Attorneys for Defendant
   CLOSETMAID CORPORATION

6

BY _____

7          **UNITED STATES DISTRICT COURT**

8      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9              **RIVERSIDE DIVISION**

10                **ED CV 10 - 00116**

11 | CREDIT MANAGERS ASSOCIATION     Case No.:                    VAP
   | OF CALIFORNIA dba CMA                                          (DTBx)
12 | BUSINESS CREDIT SERVICES, a
   | California corporation, as assignee for   Removed From:
13 | the benefit of the creditors of
   | WEEKEND WARRIOR TRAILERS,       State Case No.: RIC-531371
14 | INC.,
15 |                                  **NOTICE OF REMOVAL AND**
16 |                    Plaintiff,    **REQUEST FOR REFERENCE TO**
   |                                  **BANKRUPTCY COURT**
17 |
   | v.
18 |
19 | CLOSETMAID CORPORATION and
   | DOES 1-10, inclusive,
20 |
21 |                    Defendants.

22

23

24

25

26

27

28

1

**TO THE COURT, ITS CLERKS AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Defendant ClosetMaid Corporation hereby removes to this Court the state court action described below.

## NOTICE OF REMOVAL AND REQUEST FOR REFERENCE TO BANKRUPTCY COURT

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, defendant ClosetMaid Corp., ("ClosetMaid") hereby removes and gives notice of the removal of this cause of action to the United States District Court for the Central District of California (Riverside Division).  Defendant states as grounds for removal that:

## PROCEDURAL STATUS OF THE CASE

1.      On or about July 17, 2009, plaintiff Credit Managers Association of California ("CMA") commenced this action in the Superior Court of California, County of Riverside, Western Division-Riverside Branch, California ("Superior Court").  The suit was assigned case number RIC-531371.

2.      Defendant ClosetMaid was served with the Complaint ("Complaint") on December 23, 2009.

3.      Defendant "Does 1-10" have not been identified or served.

4.      As of the date of this Notice, no defendant has answered the Complaint.

5.      This Notice of Removal is being filed in the record office of the Clerk of the United States District Court for the Central District of California (Riverside Division).

6.      "Does 1-10" have not consented to the removal of this case to the United States District Court for the Central District of California (Riverside Division).

## **BACKGROUND**

Plaintiff's Complaint alleges that:

7.   Weekend Warrior Trailer, Inc. ("WWT") executed a general assignment pursuant to Cal. Civ. P. Code § 493.010, conveying to CMA all of WWT's property, right, claim, and interest for the benefit of WWT's creditors. (Complaint ¶ 8).

8.   WWT transferred $139,238.46 to ClosetMaid in violation of Cal. Civ. P. Code § 1800.  (Complaint ¶¶ 22-27).

9.   CMA is entitled to recover alleged voidable preferential transfers made to ClosetMaid.  (Complaint ¶ 30).

## **AUTHORITIES FOR REMOVAL**

### **Original Jurisdiction under 28 U.S.C. § 1331**

10.   Any civil action filed in state court over which the federal district courts would have original jurisdiction may be removed.  28 U.S.C. § 1441(a). This case is removable because this Court has original subject matter jurisdiction on federal question grounds pursuant to 28 U.S.C. § 1331.

11.   According to § 1331, the "district court shall have original jurisdiction of all civil actions arising under the . . . laws . . . of the United States."  CMA's cause of action arises under the laws of the United States because this action is essential one under 11 U.S.C. § 547 although it is plead under Cal. Civ. P. Code. § 1800.

12.   Ordinarily, a cause of action arises under federal law only when the plaintiff's well-pleaded complaint raises issues of federal law. *In re Miles*, 430 F.3d 1083, 1088 (9th Cir. 2005).  However, "[t]he Supreme Court has concluded that the force of some federal statutes is so strong that they 'completely preempt' an area of state law." *In re Miles*, 430 F.3d 1083, 1088 (9th Cir. 2005) (citing *Metro Life Ins.*

1 | *Co. v. Taylor*, 481 U.S. 58, 63-64 (1987)). In such a case, even a claim brought
2 | under state law is essentially one under federal law. *Id.*

3 | 13.   In *Sherwood Partners, Inc. v. Lycos, Inc.*, 394 F.3d 1198, 1206 (9th Cir.
4 | 2005), *cert. denied,* 546 U.S. 927 (2005), the Ninth Circuit Court of Appeals found
5 | that Cal. Civ. P. Code § 1800 was preempted by the Bankruptcy Code. As such, any
6 | action brought under Cal. Civ. P. Code § 1800 is completely preempted by the
7 | Bankruptcy Code and is essentially a question of federal law.

8 |
9 | **<u>Original Jurisdiction under 28 U.S.C. § 1332</u>**

10 | 14.   Alternatively, this Court has jurisdiction based on 28 U.S.C. §
11 | 1332(a)(1) and (2).

12 | 15.   Section 1332(a) provides that the district courts of the United States
13 | shall have original jurisdiction in all civil matters where the amount in controversy is
14 | more than $75,000, and there is complete diversity.

15 | 16.   Complete diversity of citizenship exists between plaintiff and
16 | defendant, as plaintiff is a California corporation with its principal place of business
17 | in California and defendant is a Florida corporation with its principal place of
18 | business in Florida.

19 | 17.   The amount in controversy is more than $75,000, even though plaintiff
20 | alleges damage in an amount less than $75,000.

21 | 18.   CMA's Complaint alleges that over $139,000 in transfers are avoidable
22 | transfers and, therefore, in controversy, but then seeks only $71,865.37 because of
23 | affirmative defenses ClosetMaid may have. CMA's damage claim does not reduce
24 | the amount in controversy for two reasons.

25 | 19.   First CMA does not have the authority to adjudicate the validity of
26 | defendant's defenses, and second, CMA alleges that more than one transfer was in
27 | violation Cal. Civ. P. Code § 1800 aggregating in a total amount of $139,238.46.
28 | Because each transfer must be adjudicated on its own facts under either Cal. Civ. P.

1   Code § 1800 or 11 U.S.C. § 547, the amount in controversy actually remains the
2   aggregate amount of each transfer, or the complete $139,238.46, and not the mere
3   $71,865.37 CMA claims.

## PROPRIETY OF REMOVAL

6       20.    This Notice of Removal is timely because it is filed within thirty (30)
7   days of service of the Complaint upon ClosetMaid, in accordance with 28 U.S.C. §
8   1446(b).

9       21.    This Court has original jurisdiction of this matter under 28 U.S.C. §§
10  1331 and 1332(a).

11      22.    This matter is properly removable under 28 U.S.C. § 1441.

12      23.    Removal of this matter is not barred by 28 U.S.C. § 1445.

13      24.    Pursuant to 28 U.S.C. § 1446(a), ClosetMaid has attached hereto as
14  Exhibit A copies of all process, pleadings, and orders served upon ClosetMaid in
15  this matter.

16      25.    Pursuant to 28 U.S.C. § 1446(a) and (d), ClosetMaid will file a copy of
17  this Notice of Removal with the Superior Court; will provide prompt notice to all
18  adverse parties; and will file proof of service of all notices and filings with the Clerk
19  of the United States District Court for the Central District of California (Riverside
20  Division).

## The District Court Should Refer this Case to the Bankruptcy Court

23      26.    The District Court should refer this case to the Bankruptcy Court
24  because the issue presented – avoidance and recovery of a preference – is a core
25  proceeding under 28 U.S.C. § 157(b)(2)(F).

26      27.    Based on *Sherwood*, CMA's claim is one under Title 11. Accordingly,
27  the District Court should refer this action to the bankruptcy court pursuant to 28
28  U.S.C. § 157(a).

1    **WHEREFORE,** ClosetMaid removes the above-captioned action from the

2  Superior Court to the United States District Court for the Central District of

3  California (Riverside Division) and moves for reference to the United States

4  Bankruptcy Court for the Central District of California (Riverside Division).

5

6  DATED: January 22, 2010                    HENNELLY & GROSSFELD LLP

7                                             By:

8                                                 SUSAN CLARY

9                                                 Attorneys for Defendant
                                                  CLOSETMAID CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

| Attorney or Party without Attorney:<br>WILLIAM J. WALL, Bar #203970<br>THE WALL LAW OFFICE<br>9900 RESEARCH DRIVE<br>IRVINE, CA 92618<br>Telephone No: 949.387.4300     FAX No: 800.722.8196 | For Court Use Only<br><br>F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>JAN 04 2010<br><br>C. Mundo     ESC |
|---|---|

| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
RIVERSIDE COUNTY SUPERIOR COURT, RIVERSIDE COURT

*Plaintiff:* CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, ETC.

*Defendant:* CLOSETMAID CORPORATION

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>RIC531371 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS AND COMPLAINT; PER CCP 1800; NOTICE OF CASE MANAGEMENT DEPARTMENT ASSIGNMENT AND CASE MANAGEMENT CONFERENCE; CIVIL CASE COVER SHEET; CERTIFICATE OF COUNSEL; NOTICE OF RELATED CASES; ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE; (BLANK) ALTERNATIVE DISPUTE RESOLUTION STIPULATION.

3. a. *Party served:*          CLOSETMAID CORPORATION
   b. *Person served:*       MARIA SANCHEZ, CT CORPORATION SYSTEMS, AGENT FOR SERVICE
                                         OF PROCESS

4. *Address where the party was served:*       818 WEST 7TH STREET
                                                                 #200 B
                                                                 LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Dec. 23, 2009 (2) at: 1:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: CLOSETMAID CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. BOB SHULTZ
   b. **SADDLEBACK ATTORNEY SERVICE, INC.**
      1801-F PARKCOURT PLACE, Registration # PSC 53
      SUITE 100
      Santa Ana, CA 92701
   c. (714) 973-9202, FAX (714) 973-0127

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $52.50
   e. I am: (3) registered California process server
      *(i)* Independent Contractor
      *(ii) Registration No.:*       PSC 1989
      *(iii) County:*                     Orange

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   *Date:*
   Thu, Dec. 24, 2009

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUL 17 2009

R. Mc Elyea

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CLOSETMAID CORPORATION and DOES 1-10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CREDIT MANAGERS ASSOCIATION OF CALIFORNIA dba CMA BUSINESS
CREDIT SERVICES, a California corporation, as assignee for the benefit of the
creditors of WEEKEND WARRIOR TRAILERS, INC.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a
copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the
court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more
information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse
nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may
lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an
attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services
program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California
Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito
en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por
escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted
pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de
California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no
puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta
su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un
servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios
legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de
California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California,
(www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* **RIC 531371** |

Superior Court of California
County of Riverside,
Western Division Riverside Branch
4050 Main Street
Riverside, CA. 92501

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
William J. Wall 203970          Phone (949) 387-4300          Fax (800)-722-8196
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA 92618

DATE:                          Clerk, by _____, Deputy
*(Fecha)*    JUL 17 2009      *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under:  ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

American LegalNet, Inc.
www.USCourtForms.com

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

1 | William J. Wall – State Bar No. 203970
THE WALL LAW OFFICE
2 | 9900 Research Drive
Irvine, CA 92618
3 |
Telephone: (949) 387-4300
4 | Facsimile: (800) 722-8196
wwall@wall-law.com
5 |
6 | Attorney for Plaintiff
Credit Managers Association
7 |

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUL 17 2009

R. Mc Elyea

8 |
9 |                    **SUPERIOR COURT OF CALIFORNIA**
10 |                        **COUNTY OF RIVERSIDE**
11 |              WESTERN DIVISION – RIVERSIDE BRANCH

12 | CREDIT MANAGERS ASSOCIATION OF
CALIFORNIA dba CMA BUSINESS
13 | CREDIT SERVICES, a California
corporation, as assignee for the benefit of
14 | the creditors of WEEKEND WARRIOR
TRAILERS, INC.
15 |
              Plaintiff,
16 |
17 |        v.
18 | CLOSETMAID CORPORATION and
DOES 1-10, inclusive,
19 |
              Defendants.
20 |
21 |

Case No. **RIC   531371**

**COMPLAINT TO AVOID AND RECOVER
PREFERENTIAL TRANSFERS OF
PROPERTY PURSUANT TO CALIFORNIA
CODE OF CIVIL PROCEDURE SECTION
1800**

Unlimited Civil Damages

22 |
23 |
24 |     Plaintiff Credit Managers Association of California, dba CMA Business Credit Services
25 | ("CMA"), alleges as follows:
26 |
27 |
28 |

-1-

## GENERAL ALLEGATIONS

## PARTIES, VENUE AND JURISDICTION

1.      CMA is a California corporation qualified to do business in the State of California, with its primary place of business in Burbank, California.

2.      Weekend Warrior Trailer, Inc. ("WWT") was, at all relevant periods, a California corporation qualified to do business in the State of California, with its primary place of business in Perris, California.

3.      On or about July 18, 2008 WWT executed a general assignment for the benefit of WWT's creditors in favor of CMA pursuant to California Code of Civil Procedure § 493.010, et seq. ("Assignment"). Pursuant to the Assignment, WWT conveyed to CMA all of WWT's property and every right, claim, and interest of WWT.

4.      On information and belief, Closetmaid ("Closetmaid") is a corporation with its principal place of business in Ocala, Florida.

5.      The true names and capacities whether individual, corporate associate or otherwise, of defendants Does 1 through 10 are unknown to CMA, who therefore sues said defendants by such fictitious names. CMA is informed and believes that each of the defendants designated herein as a fictitiously named defendant is in some manner responsible for the events and happenings referred to, and caused the damage herein alleged. When CMA has ascertained the true names and capacities of Does 1 through 10, inclusive, it will seek leave of this Court to amend its complaint by setting forth the same. Does 1 through 10 are hereinafter collectively referred to as "Doe Defendants."

6.      CMA is informed and believes that Closetmaid, and each of the Doe Defendants, was the agent, principal, partner, joint venturer or employee of each of the remaining defendants and in doing the things herein alleged, each was acting within the course and scope of such relationships with advance knowledge, acquiescence or subsequent ratification of each and every remaining defendant, and each of the Doe Defendants is therefore jointly and severally liable for the acts alleged herein.

-2-

## CAUSE OF ACTION

### RECOVERY OF PREFERENCE ACCORDING TO CCP § 1800

*AGAINST ALL DEFENDANTS*

7.      On or within (90) days before the date of the assignment, that is between April 19, 2008 and July 18, 2008, (the "Preference Period") WWT made one or more transfers by check, wire transfer or the equivalent in an aggregate amount not less than $139,238.46 (the "Transfers") directly to, or for the benefit of, the Closetmaid.

8.      Closetmaid was a creditor of WWT at the time of the Transfers.

9.      The Transfers were to, or for the benefit of, Closetmaid, and for or on account of antecedent debt owing by WWT to Closetmaid.

10.     The Transfer from WWT to Closetmaid took place while WWT was insolvent, as that term is defined by California Code of Civil Procedure § 1800(a)(1).

11.     The Transfer from WWT to Closetmaid took place within the Preference Period.

12.     The Transfer of funds from WWT to Closetmaid enabled Closetmaid to receive more than another creditor of the same class.

13.     Closetmaid provided new value to WWT after receiving certain of the Transfers. Pursuant to Code of Civil Procedure § 1800(c)(4), Closetmaid may offset amounts owed in an amount equal to the new value provided after any transfer.  When considering

14.     After crediting Closetmaid with the new value it provided leaveshen accounting for the new value and other defenses provided Closetmaid is to which Closetmaid entitled, CMA may recover $71,865.37 .

15.     CMA is entitled to recover the voidable portions of the Transfers pursuant to Cal. Code of Civ. Proc. § 1800(b).

-3-

1      WHEREFORE, CMA prays that this Court enter judgment:

2      1.      Awarding to CMA $71,865.37 and prejudgment interest thereon at the legal rate

3              allowed from the date of each transfer;

4      2.      Awarding the costs incurred by CMA in this suit; and

5      3.      Awarding such other and further relief as this Court may deem necessary and

6              proper.

7

8      Dated: July16, 2009                          THE WALL LAW OFFICE

9

10                                                  By:

                                                        William J. Wall
11                                                  Attorneys for Credit Managers Association of
                                                    California dba CMA Business Credit Services, a
12                                                  California corporation, as assignee for the benefit of
                                                    Creditors of Weekend Warrior Trailers, Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         -4-

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| William J. Wall                                               203970<br>Law Office of William J. Wall<br>9900 Research Drive<br>Irvine, CA  92618-4309<br>TELEPHONE NO.: (949) 387-4300       FAX NO.*(Optional)*: (800) 722-8196<br>E-MAIL ADDRESS *(Optional)*:  wwall@wall-law.com<br>ATTORNEY FOR *(Name)*: | F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br>JAN 07 2010<br>L. Gordon<br><br>Per CRC 3.725<br>UNTIMELY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   RIVERSIDE
   STREET ADDRESS:   4050 Main Street
   MAILING ADDRESS:
   CITY AND ZIP CODE:   Riverside, CA 92401
   BRANCH NAME:   WESTERN DIVISION

PLAINTIFF/PETITIONER:   Credit Managers Association of California

DEFENDANT/RESPONDENT:   Closetmaid Corporation

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| *(Check one):*  [X] UNLIMITED CASE   [ ] LIMITED CASE<br>   (Amount demanded     (Amount demanded is $25,000<br>   exceeds $25,000)     or less) | RIC 531371 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:
Date:   January 13, 2010    Time:   8:30 a.m.    Dept.:  8    Div.:    Room:
Address of court *(if different from the address above)*:

[X]  Notice of Intent to Appear by Telephone, by *(name)*: Credit Managers Association, etc.

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1.  **Party or parties** *(answer one)*:
   a.  [X] This statement is submitted by party *(name)*:   Plaintiff Credit Managers Association, etc.
   b.  [ ] This statement is submitted jointly by parties *(names)*:

2.  **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a.  The complaint was filed on *(date)*:   July 17, 2009
   b.  [ ] The cross-complaint, if any, was filed on *(date)*:

3.  **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a.  [ ] All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b.  [X] The following parties named in the complaint or cross-complaint
      (1)  [ ] have not been served *(specify names and explain why not)*:

      (2)  [X] have been served but have not appeared and have not been dismissed *(specify names)*:
         Closetmaid Corporation - Agent for service of process served on 12.23.09
      (3)  [ ] have had a default entered against them *(specify names)*:

   c.  [ ] The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4.  **Description of case**
   a.  Type of case in   [X] complaint   [ ] cross-complaint   *(describe, including causes of action)*:
      Complaint to avoid and recover preferential transfers of property pursuant to CCP Section 1800

| | **CM-110** |
|---|---|
| PLAINTIFF/PETITIONER: Credit Managers Association of | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Closetmaid Corporation | RIC 531371 |

4.   b.   Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*
Plaintiff asserts that Weekend Warrior Trailers, Inc. (WWT) executed an assignment for the benefit of creditors on July 18, 2008, in favor of Plaintiff, conveying to Plaintiff all of WWT's property and every right, claim and interest of WWT. Plaintiff assers that in the 90 days prior to the assignment, WWT transferred an aggregate amount of no less than $71,865.37 (the "Transfers") to Defendant. Plaintif asserts that the transfers are its property pursuant to CCP Section 1800. Plaintiff seeks a judgment avoiding and setting aside the transfers to Defndant and awarding Plaintiff an amount representing the amount of the transfers.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.   **Jury or nonjury trial**
The party or parties request ☐ a jury trial ☒ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):*

6.   **Trial date**
a.   ☐ The trial has been set for *(date):*
b.   ☒ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
c.   Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.   **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.   ☒ days *(specify number):* 1
b.   ☐ hours (short causes) *(specify):*

8.   **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☒ by the attorney or party listed in the caption ☐ by the following:
a.   Attorney:
b.   Firm:
c.   Address:
d.   Telephone number:
e.   Fax number:
f.   E-mail address:
g.   Party represented:
☐ Additional representation is described in Attachment 8.

9.   **Preference**
☐ This case is entitled to preference *(specify code section):*

10.   **Alternative Dispute Resolution (ADR)**
a.   Counsel ☒ has ☐ has not   provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b.   ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c.   ☐ The case has gone to an ADR process *(indicate status):*

**CASE MANAGEMENT STATEMENT**

Martin Dean's
ESSENTIAL FORMS™

CMA

| PLAINTIFF/PETITIONER: Credit Managers Association of | CM-110 |
|---|---|
| DEFENDANT/RESPONDENT: Closetmaid Corporation | CASE NUMBER: RIC 531371 |

10. d. The party or parties are willing to participate in *(check all that apply)*:
 (1) ☐ Mediation
 (2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)
 (3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)
 (4) ☐ Binding judicial arbitration
 (5) ☐ Binding private arbitration
 (6) ☐ Neutral case evaluation
 (7) ☐ Other *(specify)*:

 e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.
 f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
 g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption)*:

11. **Settlement conference**
 ☐ The party or parties are willing to participate in an early settlement conference *(specify when)*:

12. **Insurance**
 a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:
 b. Reservation of rights: ☐ Yes ☐ No
 c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

13. **Jurisdiction**
 Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
 ☐ Bankruptcy ☐ Other *(specify)*:
 Status:

14. **Related cases, consolidation, and coordination**
 a. ☐ There are companion, underlying, or related cases.
  (1) Name of case:
  (2) Name of court:
  (3) Case number:
  (4) Status:
  ☐ Additional cases are described in Attachment 14a.
 b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

15. **Bifurcation**
 ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

16. **Other motions**
 ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:

CM-110 [Rev. January 1, 2009]

**CASE MANAGEMENT STATEMENT**

Page 3 of 4

CMA

**CM-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Credit Managers Association of | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Closetmaid Corporation | RIC 531371 |

**17. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| Plaintiff | Written discovery and depositions | May 2010 |

c. ☐ The following discovery issues are anticipated *(specify)*:

**18. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

**19. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

**20. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

**21.** Total number of pages attached *(if any)*:   0

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: December 22, 2009

WILLIAM I. WALL
_____
(TYPE OR PRINT NAME)                          ▶ _____
                                                  (SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)                          ▶ _____
                                                  (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

**CASE MANAGEMENT STATEMENT**

Martin Dean's
ESSENTIAL FORMS™

CMA

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| William J. Wall State Bar No. 203970<br>9900 Research Drive<br>Irvine, CA 92618<br>wwall@wall-law.com<br>TELEPHONE NO.: (949) 387-4300    FAX NO.: (800) 722-8196<br>ATTORNEY FOR *(Name):* Plaintiff Credit Managers Association | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Riverside**
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: 4050 Main Street
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Riverside Branch

CASE NAME: CMA Business Credit Services v. Closetmaid and DOES 1-10, inclusive

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: RIC 531371 |
|---|---|---|
| ☒ Unlimited (Amount demanded exceeds $25,000)  ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☒ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

**2.** This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
b. ☐ Extensive motion practice raising difficult or novel    e. ☐ Coordination with related actions pending in one or more courts issues that will be time-consuming to resolve         in other counties, states, or countries, or in a federal court
c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

**3.** Type of remedies sought *(check all that apply):*
a. ☒ monetary  b. ☐ nonmonetary; declaratory or injunctive relief    c. ☐ punitive

**4.** Number of causes of action *(specify):* 1

**5.** This case ☐ is ☒ is not  a class action suit.

**6.** If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 16, 2009

William J. Wall
_____
(TYPE OR PRINT NAME)    ► _____
                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 3.220, 3.400–3.403;
Standards of Judicial Administration, § 19

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
4050 Main Street
Riverside, CA  92501
www.riverside.courts.ca.gov

NOTICE OF CASE MANAGEMENT DEPARTMENT ASSIGNMENT AND
CASE MANAGEMENT CONFERENCE

CREDIT MANAGERS ASSOCIATION VS. CLOSETMAID
CASE NO. RIC  531371

The above entitled case is ASSIGNED to the HONORABLE
Judge Bernard  Schwartz in Department 08 as CASE
MANAGEMENT DEPARTMENT.

The Case Management Conference described in Rules of Court
3.722 is scheduled for 01/13/10 at  8:30 am/pm in
Department 08.

The plaintiff/cross-complainant shall serve a copy of the
Notice of Case Management Department Assignment and Case
Management Conference to all defendants/cross-defendants
named or added to the complaint and file proof of service
thereof.

If this case is assigned to a Commissioner and party
does not stipulate to the hearing of law and motion matters
by the Commissioner, that party MUST, within ten (10) days
of the service of this Notice, file a Notice of Non-Stipulation.
Failure to file such Notice within ten (10) days shall be
deemed acceptance of the Case Management Department Assignment.

DATE OF NOTICE:  07/17/09

CLERK'S CERTIFICATE

I, Clerk of the above entitled Court, do hereby certify
that on this date, I provided the plaintiff(s) or plaintiffs'
attorney of record with a copy of the foregoing NOTICE.

CLERK OF THE COURT

Date:  07/17/09                      by:_____
RICQUEL L MCELYEA

## SUPERIOR COURT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA

| | | | |
|---|---|---|---|
| ☐ **BANNING** 135 N. Alessandro Road, Banning, CA 92220 | | ☐ **MURRIETA** 30755-D Auld Road, Murrieta, CA 92563 | |
| ☐ **BLYTHE** 265 North Broadway, Blythe, CA 92225 | | ☒ **RIVERSIDE** 4050 Main St., Riverside, CA 92501 | |
| ☐ **HEMET** 880 N. State St., Hemet, CA 92543 | | ☐ **RIVERSIDE** 4175 Main St., Riverside, CA 92501 | |
| ☐ **INDIO** 46-200 Oasis St., Indio, CA 92201 | | ☐ **TEMECULA** 41002 County Center Dr., #100, Temecula, CA 92591 | |
| ☐ **MORENO VALLEY** 13800 Heacock St. #D201, Moreno Valley, CA 92553 | | | |

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUL 17 2009

R. Mc Elyea

LJF
JUL 20 2009
R

Name and Address
William J. Wall
THE WALL LAW OFFICE
9900 Research Drive, Irvine, CA 92618
tel. (949) 387-4300. fax. (800) 722-8196
wwall@wall-law.com
Attorney for Plaintiff
or Party without Attorney

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA
dba CMA BUSINESS CREDIT SERVICES

                                     Plaintiff(s)

vs.

CLOSETMAID and DOES 1-10, inclusive

                                     Defendant(s)

CASE NO. **RIC  531371**

**CERTIFICATE OF COUNSEL**

The undersigned certifies that this matter should be tried or heard in the

Court for the following reason:

☒   The action arose in this judicial district.

☐   The action concerns real property located in this judicial district.

☐   The defendant resides in this judicial district.

Dated:  July 16, 2009

Signed by: _____

ATTORNEY FOR PLAINTIFF(S)
OR PARTY WITHOUT ATTORNEY

1    William J. Wall – State Bar No. 203970
     **THE WALL LAW OFFICE**
2    9900 Research Drive
     Irvine, CA 92618
3    Telephone: (949) 387-4300
     Facsimile: (800) 722-8196
4

5
     Attorney for Plaintiff
6    Credit Managers Association

7

8

9

10                  **SUPERIOR COURT OF CALIFORNIA**

11                        **COUNTY OF RIVERSIDE**

12              **WESTERN DIVISION – RIVERSIDE BRANCH**

13

14   CREDIT MANAGERS ASSOCIATION OF        Case No. RIC 531371
     CALIFORNIA dba CMA BUSINESS
15   CREDIT SERVICES, a California         **NOTICE OF RELATED CASES**
     corporation, as assignee for the benefit of
16   WEEKEND WARRIOR                       UNLIMITED CIVIL DAMAGES

17              Plaintiff,                 Case Assigned for all purposes to: HONORABLE
                                           BERNARD SCHWARTZ
18        v.                               Department: 8

19                                         Complaint Filed: July 17, 2009
     CLOSETMAID CORPORATION and
20   DOES 1-10, inclusive,                 Case Management Conference: 01/13/10

21              Defendants.

22

23

24

25

26

27

28

                            NOTICE OF RELATED CASES

1     **PLEASE TAKE NOTICE** that the cases set forth on exhibit "1" hereto are related for the

2   following reasons:  Each of the cases and the case referenced above 1) involve similar parties and

3   are based on the same or similar claims; 2) arise from the same or substantially identical

4   transactions, incidents, or events requiring the determination of the same or substantially identical

5   questions of law or fact; and 3) is likely for other reasons to require substantial duplication of

6   judicial resources if heard by different judges.  Neither this case nor the related cases have been

7   designated as complex.

8

9   Dated:  August 18, 2009                    THE WALL LAW OFFICE

10

11                                             By:

12                                                 William J. Wall
                                               Attorneys for Credit Managers Association of
13                                             California dba CMA Business Credit Services, a
                                               California corporation, as assignee for the benefit of
14                                             Creditors of Weekend Warrior

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "1"

| CASE NAME | TYPE | CASE NO. | COURT | DEPT. | JUDGE |
|---|---|---|---|---|---|
| CREDIT MANGERS ASSOCIATION for the benefit of the Creditors of ALFA LEISURE RV ("CMA") v. ACTION PROGRAM | Limited | TEC 097226 | Superior Court County of Riverside Mid County Division | T1 | Hon. Michael S. Hider |
| CMA v. ALPHA SYSTEMS | Unlimited | RIC 531257 | Western Div. | 5 | Hon. Mark E. Johnson |
| CMA v. AMERICAN BOLT AND SCREW | Limited | TEC 097228 | Mid County Div. | T1 | Hon. Michael S. Hider |
| CMA v. AMERICAN EXPRESS | Limited | TEC 097230 | Mid County Div. | T1 | Hon. Michael S. Hider |
| CMA v. AMERIMAX | Unlimited | RIC 531261 | Western Div. | 10 | Hon. Sharon J. Waters |
| CMA v. ASA | Limited | TEC 097232 | Mid County Div. | T1 | Hon. Michael S. Hider |
| CMA v. ASCOT ENTERPRISES | Unlimited | RIC 531266 | Western Div. | 10 | Hon. Sharon J. Waters |
| CMA v. ATWOOD MOBILE | Unlimited | RIC 531382 | Western Div. | 2 | Comm. Paulette D. Barkley |
| CMA v. BEAR FOREST PRODUCTS | Unlimited | RIC 531265 | Western Div. | 4 | Hon. Michael B. Donner |
| CMA v. BLACKHAWK MANUFACTURING | Unlimited | RIC 531268 | Western Div. | 1 | Hon. Gloria C. Trask |
| CMA v. C & M DISTRIBUTION | Limited | TEC 097224 | Mid County Div. | T1 | Hon. Michael S. Hider |
| CMA v. CALOLYMPIC SAFETY | Limited | TEC 097221 | Mid County Div. | T1 | Hon. Michael S. Hider |
| CMA v. CAREFREE OF COLORADO | Unlimited | RIC 531244 | Western Div. | 2 | Comm. Paulette D. Barkley |
| CMA v. CLOSETMAID | Unlimited | RIC 531371 | Western Div. | 8 | Hon. Bernard Schwartz |
| CMA v. CODYSALES INC. | Unlimited | RIC 531254 | Western Div. | 3 | Hon. Douglas E. Weathers |
| CMA v. CUMMINS POWER | Unlimited | RIC 531373 | Western Div. | 3 | Hon. Douglas E. Weathers |
| CMA v. D & W INC. | Unlimited | RIC 531260 | Western Div. | 4 | Hon. Michael B. Donner |
| CMA v. DEL STEEL ORNAMENTAL | Unlimited | RIC 531256 | Western Div. | 6 | Hon. Mac R. Fisher |
| CMA v. DIMENSION F/X | Limited | TEC 097219 | Mid County Div. | T1 | Hon. Michael S. Hider |
| CMA v. EDWARD URBAN | Unlimited | RIC 531358 | Western Div. | 1 | Hon. Gloria C. Trask |
| CMA v. ELITE PRODUCTS INC. | Unlimited | RIC 531249 | Western Div. | 6 | Hon. Mac R. Fisher |
| CMA v. EXHAUST CENTER INC | Unlimited | RIC 531253 | Western Div. | 8 | Hon. Bernard Schwartz |
| CMA v. GLOBAL DIRECT | Unlimited | RIC 531262 | Western Div. | 3 | Hon. Douglas E. Weathers |
| CMA v. GREENBALL CORPORATION | Unlimited | RIC 531245 | Western Div. | 3 | Hon. Douglas E. Weathers |
| CMA v. HEHR INTERNATIONAL | Unlimited | RIC 531258 | Western Div. | 1 | Hon. Gloria C. Trask |
| CMA v. HMC | Limited | TEC 097216 | Mid County Div. | T1 | Hon. Michael S. Hider |
| CMA v. IRVINE SHADE AND DOOR | Unlimited | RIC 531359 | Western Div. | 2 | Comm. Paulette D. Barkley |
| CMA v. IOTA ENGINEERING | Limited | TEC 097213 | Mid County Div. | T1 | Hon. Michael S. Hider |
| CMA v. JF MANUFACTURING | Unlimited | RIC 531356 | Western Div. | 7 | Hon. Gary B. Tranbarger |
| CMA v. JRV PRODUCTS | Limited | TEC 097214 | Mid County Div. | T1 | Hon. Michael S. Hider |
| CMA v. KEG GRAPHICS INC. | Unlimited | RIC 531363 | Western Div. | 6 | Hon. Mac R. Fisher |

NOTICE OF RELATED CASES

EXHIBIT "1"

| Case | Type | Number | Division | Judge |
|---|---|---|---|---|
| CMA v. KICKER/STILLWATER | Limited | TEC 097256 | Mid County Div. T1 | Hon. Michael S. Hider |
| CMA v. KINRO INC. | Unlimited | RIC 531379 | Western Div. | 10 Hon. Sharon J. Waters |
| CMA v. LIPPERT COMPONENTS | Unlimited | RIC 531355 | Western Div. | 8 Hon. Bernard Schwartz |
| CMA v. MANCHESTER TANK | Unlimited | RIC 531365 | Western Div. | 6 Hon. Mac R. Fisher |
| CMA v. MOUNTAIN FAMILY RV | Limited | TEC 097253 | Mid County Div. T1 | Hon. Michael S. Hider |
| CMA v. NEFF'S UPHOLSTERY | Unlimited | RIC 531255 | Western Div. | 7 Hon. Gary B. Tranbarger |
| CMA v. ORANGE TOOL MART | Limited | TEC 097252 | Mid County Div. T1 | Hon. Michael S. Hider |
| CMA v. PAINTED RHINO INC. | Unlimited | RIC 531368 | Western Div. | 7 Hon. Gary B. Tranbarger |
| CMA v. PHILIPS PRODUCTS | Limited | TEC 097250 | Mid County Div. T1 | Hon. Michael S. Hider |
| CMA v. POSTLE DISTRIBUTORS INC. | Unlimited | RIC 531273 | Western Div. | 8 Hon. Bernard Schwartz |
| CMA v. RAMCAST ORNAMENTAL | Limited | TEC 097212 | Mid County Div. T1 | Hon. Michael S. Hider |
| CMA v. ROOTSAP MANUFACTURING | Unlimited | RIC 531269 | Western Div. | 2 Comm. Paulette D. Barkley |
| CMA v. SENCO | Limited | TEC 097257 | Mid County Div. T1 | Hon. Michael S. Hider |
| CMA v. SHAW INDUSTRIES INC. | Unlimited | RIC 531264 | Western Div. | 7 Hon. Gary B. Tranbarger |
| CMA v. SPARTECH PLASTICS | Unlimited | RIC 531274 | Western Div. | 6 Hon. Mac R. Fisher |
| CMA v. SUBURBAN MANUFACTURING | Limited | TEC 97209 | Mid County Div. T1 | Hon. Michael S. Hider |
| CMA v. TEMPLE PRODUCTS | Unlimited | RIC 531270 | Western Div. | 5 Hon. Mark E. Johnson |
| CMA v. TL ENTERPRISES | Limited | TEC 097243 | Mid County Div. T1 | Hon. Michael S. Hider |
| CMA v. TOPLINE | Limited | TEC 097244 | Mid County Div. T1 | Hon. Michael S. Hider |
| CMA v. UNITED STRATEGIES INC. | Limited | TEC 097240 | Mid County Div. T1 | Hon. Michael S. Hider |
| CMA v. UNIVERSAL FOREST | Unlimited | RIC 531375 | Western Div. | 1 Hon. Gloria C. Trask |
| CMA v. UNIVERSAL MOLDING | Limited | TEC 097208 | Mid County Div. T1 | Hon. Michael S. Hider |
| CMA v. UPS FREIGHT | Limited | TEC097233 | Mid County Div. T1 | Hon. Michael S. Hider |
| CMA v. VOMELA SPECIALTY | Unlimited | RIC 531272 | Western Div. | 6 Hon. Mac R. Fisher |
| CMA v. WILD WOOD DASH KITS | Limited | TEC 097236 | Mid County Div. T1 | Hon. Michael S. Hider |

NOTICE OF RELATED CASES

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 4640 Admiralty Way, Suite 850, Marina del Rey, California, 90292.

On January 22, 2010, I served the following document(s):

**NOTICE OF REMOVAL AND REQUEST FOR REFERENCE TO BANKRUPTCY COURT**

on the interested parties in this action as indicated below or on the attached service list, together with this declaration, as follows:

William J. Wall
The Wall Law Office
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300
Facsimile: (800) 722-8196
wwall@wall-law.com

(X)  (By Overnight Delivery)  I deposited in a box or other facility regularly maintained by FedEx or Overnite Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a copy of the above named document(s).

(X)  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that foregoing is true and correct.

Executed on January 22, 2010, at Marina del Rey, California.

GRACE A. GONZALES

7

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| CREDIT MANAGERS ASSOCIATION OF CALIFORNIA dba CMA BUSINESS CREDIT SERVICES, a California corporation, as assignee for the benefit of the creditors of WEEKEND WARRIOR TRAILERS, INC. | CLOSETMAID CORPORATION |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| William J. Wall, The Wall Law Office 9900 Research Drive, Irvine, CA 92618 (949) 387-4300 | SUSAN CLARY (SBN 084523) HENNELLY & GROSSFELD LLP 4640 Admiralty Way, Suite 850 Marina del Rey, CA  90292  Tel: 310-305-2100 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes   ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No       ☒ MONEY DEMANDED IN COMPLAINT: $ 139,238.46

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)
Recovery of alleged preferential transfer (11 U.S.C. § 547) removed pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☒ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | FORFEITURE / PENALTY | | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 610 Agriculture | | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | IMMIGRATION | ☐ 630 Liquor Laws | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 462 Naturalization Application | ☐ 640 R.R. & Truck | | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 650 Airline Regs | | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 465 Other Immigration Actions | ☐ 660 Occupational Safety /Health | | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 690 Other | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | CIVIL RIGHTS | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 441 Voting | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 442 Employment | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | ☐ 443 Housing/Acco- mmodations | | | |
| | | ☐ 444 Welfare | | | |
| | | ☐ 445 American with Disabilities - Employment | | | |
| | | ☐ 446 American with Disabilities - Other | | | |
| | | ☐ 440 Other Civil Rights | | | |

**FOR OFFICE USE ONLY:**   Case Number:   ED CV 10 - 00116   VAP   (DTBx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                          CIVIL COVER SHEET                          Page 1 of 2

JAN 2 2 2010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

### EDCV10- 116 VAP (DTBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [X] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY