**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAINTIFF(S),<br>v.<br><br>DEFENDANT(S). | CASE NUMBER: _____<br><br>**NOTICE OF REASSIGNMENT<br>OF EASTERN DIVISION REMOVAL CASE** |

To:   All Counsel Appearing of Record and/or Pro Se Litigant(s)

YOU ARE HEREBY NOTIFIED that, pursuant to the procedure adopted by the Court, the above-entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been randomly reassigned to the Honorable _____, U. S. District Judge for all further proceedings.

Please substitute the initials of the newly assigned Judge so that the new case number will read: _____. This is very important because documents are routed by the initials.

Clerk U.S. District Court

_____          By: _____
Date                                                    Deputy Clerk

**Traditionally filed subsequent documents must be filed at the**   ☐ Western   ☐ Southern   ☐ Eastern **Division.
Failure to file at the proper location will result in your documents being returned to you.**

*cc:*   ☐ *Previous Judge*      ☐ *Statistics Clerk*

CV-106 (10/09)          NOTICE OF REASSIGNMENT OF EASTERN DIVISION REMOVAL CASE