LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 10-00116-GAF (DTBx) | Date | February 9, 2010 |
|---|---|---|---|
| Title | Credit Managers Association of California v. Closetmaid Corporation et al | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers)**

### ORDER TO SHOW CAUSE RE: DISMISSAL

On January 26, 2010 defendant's check for $353.00, representing the filing fee, was returned by the bank for insufficient funds "NSF".  Accordingly, defendant is ORDERED TO SHOW CAUSE by the close of business on Monday, February 22, 2010 why the Court should not dismiss this action.  Submission of the $353.00, and an additional fee of $45.00 required for processing the returned check, payable by cashier's check or money order only, will satisfy this Order.

**Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

IT IS SO ORDERED.